THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE OF FLORIDA

8:16CV3065T35AEP

1.) Charles A. Beisel IV
Plaintiff,

V.

1.) R.E. Pierson (Customs enforcement, Homeland security investigations)

2.) Scroggs (Special agent with Drug enforcement administration)

3.) Riggins (Special agent with Drug enforcement administration)

4.) Wilberto Torres ID#46034 (City of Tampa police department)

5.) Rick Scott (Governor of Florida)

6.) Bob Buckhorn (Mayor of Tampa Florida)

7.) Bill Haslam (Governor of Tennessee)

8.) Jim Strickland (Mayor of Memphis Tennessee)

9.) Municipality of Memphis Tennessee

10.) Municipality of Tampa Florida

11.) Crissy Wright (Child protective investigator, Hillsborough county Sheriff)

12.) Fitzgerald (Detective Internal affairs bureau Tampa)

13.) Eric Ward (City of Tampa Police Chief)

14.) David Gee (Hillsborough County Sheriff)

15.) City of Tampa Police Department

16.) Hillsborough County Sheriff's Office

17.) Hillsborough County

18.) Margo Ferguson ID#47747 (Detective, City of Tampa Police Department)

19.) Terry F. Nealy Bar#580562 (State Attorney Office, Investigator/Detective)

20.) Unknown Federal Agents and City/County Officers

21.) Caryna Mercedes Zamora Bar#112784 (State Attorney Office, Investigator/Detective)

Defendants,

1.) a.) The above defendants are named in individual and official capacity.
This civil action encompasses defendants 1-21 as a whole and individually or severally in each and every allegation set forth herein.

2.) b.) Plaintiff seeks monetary and injunctive relief pursuant to 42 U.S.C Sections 1983 and 1988 for violations of plaintiffs constitutional rights protected by this court having jurisdiction of this action under 42 U.S.C section 1983 and 28 U.S.C. Sections 1343, 1332, 1331 And Bivens v. Six Unknown Federal Narcotics Agents.

3.) c.) Charles A. Beisel IV is a citizen and resident of the city Tampa, State of Florida, And the United States Of America.

4.) d.) Charles A. Beisel IV sues defendants in their official and individual capacities.

5.) e.) At all times referred to herein the defendants acted under the color of laws, statutes, ordinances, policies, customs, and usages of the state of Florida and the City of Tampa and or City of Memphis.

6.) f.) Responsibility for inter-state/inter-agency coordination and communication, or the negligent lack there of, lies with the municipalities of The City of Tampa, The City of Memphis, Rick Scott, Bob Buckhorn, Bill Haslam, Jim Strickland, Eric Ward, David Gee, Hillsborough County, Hillsborough County Sheriff's Office, City of Tampa Police Department, And the heads of or the person, or persons charged with communicating and or coordinating compliance with, and respect for United States Citizens, and the Constitution and all the civil liberties we all enjoy.

7.) g.) All individuals who may have any degree of immunity, They are referred to as investigators or detectives, performing duties of the City of Tampa Police Department or Hillsborough County Sheriffs Office, and or all mentioned Municipalities.

1. On October 20, 2015 the defendants, 1.R.E. Pierson, 2.Scroggs, 3.Riggins, 4.Wilberto Torres ID#46034, And other unknown agents and officers, who's identity is not accessible to the plaintiff; made contact with Charles A. Beisel IV at his legal residence at 4823 E. Serena Dr. Tampa, Florida 33617.

1.1. Defendants 1-4 and unknown agents and officers, did enter the legal residence of Charles Beisel on 10/20/2015 at 4823 East Serena Drive 33617, and subsequently removed items and or property; in tangible, digital, and descriptive form or obtained private, intimate knowledge without a warrant for search.

1.2. Rick Scott, Bob Buckhorn, City of Tampa Police Department, Eric Ward, Hillsborough County, Hillsborough County Sheriffs Office, David Gee, And the Municipality of Tampa Florida; Did employ, allow and or condone the negligent, warrant-less search of 4823 East Serena on 10/20/2015; And or fail to ensure a warrant was obtained; And or fail to effectively train it's officer's, agents properly; And or fail to effectively communicate, and or co-ordinate proper co-operation between multiple agency or entity rules, regulations, laws between interstate agencies and or state and federal law enforcement agencies to include, but not limited to the Drug Enforcement Administration, Department of Homeland Security, U.S. Immigration and Customs Enforcement, City of Tampa Police Department, Hillsborough County Sheriffs Office.

2. On 10/20/2015 R.E. Pierson, Scroggs, Riggins, Wilberto Torres ID#46034, And other unnamed agents and officers present at 4823 Serena did call the child abuse hot-line and state 1."The parents(of S.R.B.) (Charles A. Beisel IV, Elizabeth R. Leeper) are inebriated at this time, stoned, basically and are unable to provide any supervision" 2. "S.R.B. IS outside playing in the road and not being mindful of traffic".

2.1. On 10/20/2015 Defendants 1-4 and unknown agents and officers, communicated in agreement, colluded, and or conspired to make allegations against the plaintiff in anticipation of an immediate Child Protective Services Investigation.

2.2. As stated in the abuse report, DCF case number 15-281430 and 4.)Wilberto Torres ID#46034 report, case#16-CM-003184-A; The mother (Elizabeth Rene Leeper) was permitted by the officers and or agents who made the child abuse report #15-281430, to leave custody, detainment, supervision and sight or control of abuse report affiants or complainants, with S.R.B. Directly from the bus stop; Contradictory to the statements made on abuse report # 15-281430.

2.3. Rick Scott, Bob Buckhorn, City of Tampa Police Department, Eric Ward, Hillsborough County, Hillsborough County Sheriffs Office, David Gee, And the Municipality of Tampa Florida; Did employ, allow and or condone the negligent or malicious abuse of process, malicious prosecution, and or unlawful, untruthful acts, committed on 10/20/2015 against Charles A. Beisel in relation to report # 15-281430.

3. Investigator in training (CPIT)Crissy Wright did in fact inform the plaintiff that upon request to have an attorney present during any questioning that "you cannot have a lawyer". Witnessed by David Joyner ID#47748 and Jefferey Bartlett ID#48189 of City of Tampa Police Department, And or unknown officers or agents plaintiff is not privileged to.
3.1. Furthermore Trainee Crissy Wright endangered the life and well being of S.R.B. By taking forced custody of her and then allowing the release of the child in and along a busy street, Where she ran parallel with Serena Drive along cars rushing past in attempting to flee, Thereby recklessly endangering S.R.B. As outlined in Jefferey Bartlett's Report. (case#16-CM-003184-A).

3.2. Rick Scott, Bob Buckhorn, City of Tampa Police Department, Eric Ward, Hillsborough County, Hillsborough County Sheriffs Office, David Gee, And the Municipality of Tampa Florida were negligent in failing to properly and or effectively train its employees, subordinates, officers or agents properly and or proper supervision or training practices for trainees in the field, conducting interviews, and or questioning United States Citizens.

4. Affiant, detective Margo Ferguson of The City of Tampa, Did file affidavit#2095508 with a knowingly false affirmation, and intentional omission of pertinent facts, information that a reasonable judge would want to know. Filing # 38779924 E-Filed 03/09/2016 09:13:37 AM

4.1. Rick Scott, Bob Buckhorn, City of Tampa Police Department, Eric Ward, Hillsborough County, Hillsborough County Sheriffs Office, David Gee, And the Municipality of Tampa Florida were negligent in failing to properly and or effectively train its employees, subordinates, officers or agents properly.

4.2. Rick Scott, Bob Buckhorn, City of Tampa Police Department, Eric Ward, Hillsborough County, Hillsborough County Sheriffs Office, David Gee, And the Municipality of Tampa Florida were negligent and or complicit in, and did negligently employ, allow and or condone the, abuse of process, malicious prosecution, and or unlawful, untruthful acts, committed by Margo Ferguson on 1/14/2016.

4.3. The above acts were repeated in case #16-CM-004735-A against Elizabeth Leeper, establishing a pattern, precedent, or more than one instance of such acts, customs, law, practice, or behavior.

5. Terry F. Nealy Bar#580562, Caryna Mercedes Zamora Bar#112784 is referred to as an investigator and or detective for the City of Tampa Police Department in all accounts herein, and did Effectively create libel/bias in case #15-DP-112 by way of prosecuting case#16-CM-003184-A past the moment he knew, or should have known the case was going to be nollo prossed.

5.1. Terry F. Nealy Bar#580562, Caryna Mercedes Zamora Bar#112784 Did deny Charles A. Beisel due notice of any charges (case#16-CM-003184-A) before arraignment to wit, libelous acts: 03/09/2016 summons issued, on 04/01/2016 summons returned not served; And still arraigned on 4/11/2016 concurrently with an already scheduled court date in the very same hour. Thereby influencing the outcome of a civil trial.(15-DP-1112)

## Process of Service

Scroggs-
50 north front st., suite 500 Memphis TN. 38103
901-969-3500

Riggins-
R.E. Pierson-
80 Monroe Ave. suite 502, Memphis TN. 38103
901-544-0630
Bill Haslam-
Nashville, TN 37243-0001. Fax:(615)532-9711. Tel:(615)741-2001. email: vbill.haslam@state.tn.us.

Jim Strickland-
125 N. Main, Room 514 Memphis, TN 38103  (901) 636-6786  Worth.Morgan@memphistn.gov

Crissy Wright-
1501 N. Falkenburg, Tampa FL. 33619
813-627-2000

Rick Scott-
400 South Monroe Street.
Tallahassee, FL 32399-0001.
Phone: 850/488-7146.
Fax: 850/487-0801.

Bob Buckhorn-
Tampa Municipal Office Bldg.
306 E. Jackson st. Tampa FL. 33602
813-274-8211

Eric Ward-
Wilberto Torres ID#46034-
Margo Ferguson ID#47747-
411 N. Franklin Street
Tampa, Florida  33602
(813) 276-3200

David Gee-
Sheriff's Operations Center
2008 E. 8th Ave
Tampa, FL 33605

Caryna Mercedes Zamora Bar#112784, Terry F. Nealy Bar#580562-
419 N. Pierce St., Tampa, FL 33602
Phone: (813) 272-5400
Fax: (813) 274-1976

Fitzgerald-
411 N. Franklin Street
Tampa, FL. 33602
(813) 274-5849